IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| EVELYN MANTERIS,<br>         *Plaintiff,*<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>         *Defendant.* | CIVIL ACTION NO. 3:10-CV-34<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the court upon consideration of Plaintiff's objections to the report and recommendation entered by United States Magistrate Judge B. Waugh Crigler (docket no. 14). For the reasons given in the accompanying memorandum opinion, the report and recommendation is hereby ADOPTED in full. Accordingly, the Commissioner's decision is AFFIRMED; the Commissioner's motion for summary judgment (docket no. 11) is GRANTED; and the Plaintiff's motion for summary judgment (docket no. 9) is DENIED.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying opinion to all counsel of record.

Entered this 30th day of March, 2011.

                /s/ Norman K. Moon
                NORMAN K. MOON
                UNITED STATES DISTRICT JUDGE